IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cr-00290-RBJ | Date: | April 27, 2016 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Gary Kruck |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Beth N. Gibson |
| v. | |
| 1. ANGELICA SANTILLANO<br>**Defendant** | M. David Lindsey |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:30 a.m.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [100] Government's Motion for a Sentence Reduction Pursuant to U.S.S.G. §5K1.1 is **GRANTED.**

[120] Motion to Dismiss Counts is **GRANTED.**

[131] Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. §3E1.1(b) is **GRANTED.**

**ORDERED:** Defendant shall be **imprisoned** for **90 days** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

Joint and several restitution ordered in the total amount of $32,015.43.

**Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess:** 9:06 a.m.　　　Hearing concluded.　　　Total time:　00:33